

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-20-00769-CR

Trial Court Cause
Number: 18-CR-1738

Style: Byron Eugene Coleman

**v** The State of Texas

Date motion filed*: May 2, 2022

Type of motion: Motion for En Banc Reconsideration

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES ☐ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s**/** Sherry Radack
☐ Acting individually ☒ Acting for the Court

Panel consists of   Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris

Date: June 9, 2022